8 F.3d 810
 Albert Einstein Medical Center, Allegheny General Hospital,
Children's Hosp. of Pittsburgh, Episcopal Hosp., Giuffre
Medical Center, Magee-Womens Hosp., Mercy Catholic Medical
Center-Misericordia Division, Mercy Hosp. of Pittsburgh,
Montefiore Hosp. Ass'n of Western Pennsylvania, Inc.,
Presbyterian Univ. Hosp. of Pittsburgh, St. Christopher's
Hosp. for Children, St. Joseph's Hosp., St. Mary's Hosp.,
Western Pa. Hosp., Germantown Hosp. and Med. Ctr.
v.
White (John F., Jr.)
 NOS. 93-1054, 93-1135
 United States Court of Appeals,
Third Circuit.
 Sept 30, 1993
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.